United States District Court
Southern District of Texas
ENTERED
AUG 27 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 26 1998
Michael N. Milby
Clerk of Court

22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS DONALD QUINTERO,<br>　　Petitioner-Defendant,<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent-Plaintiff | CIVIL ACTION NO. B-96-082<br>CRIMINAL NO. B-92-203-03 |

## ORDER

Before the Court is the Petitioner-Defendant Luis Donald Quintero's Motion for Relief From Judgment. On March 31, 1997, this Court adopted the Magistrate Judge's Report and Recommendation and dismissed Luis Donald Quintero's petition for Writ of Habeas Corpus. Furthermore, on August 15, 1997, this Court denied petitioner's application for Certificate of Appealability opining that the petitioner did not make a substantial showing of the denial of a constitutional right. Having reviewed the file, this Court remains satisfied that the applicant has not made a substantial showing of the denial of a constitutional right.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the petitioner's Motion for Relief From Judgment should be and is hereby DENIED.

Done this 26th day of August, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Court Judge